This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v.                                                              NO.   33,239

**ANTHONY DEVONTENNO,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF VALENCIA COUNTY**
**William A. Sanchez, District Judge**

Gary K. King, Attorney General
Albuquerque, NM

for Appellee

Frederick D. Jones, Jr.
Albuquerque, NM

for Appellant

**MEMORANDUM OPINION**

**KENNEDY, Chief Judge.**

{1}     Anthony Devontenno (Defendant) appeals an order of unsatisfactory discharge from probation.  We issued a notice of proposed summary disposition, in which we proposed to reverse.  The State has filed a notice that it does not intend to oppose summary reversal, and Defendant has filed a memorandum in support.  Accordingly, for the reasons stated in our notice of proposed summary disposition, we reverse and remand for entry of an order of satisfactory discharge.

{2}     **IT IS SO ORDERED.  MANDATE SHALL ISSUE FORTHWITH.**


_____
                                        **RODERICK T. KENNEDY, Chief Judge**


**WE CONCUR:**


_____
**JONATHAN B. SUTIN, Judge**


_____
**LINDA M. VANZI, Judge**